[No. 59211-4-I.   Division One.   March 26, 2012.]

SANDRA LAKE, *Appellant*, v. WOODCREEK HOMEOWNERS ASSOCIATION ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for King County, No. 05-2-39460-9, Douglass A. North, J., entered November 22, 2006. *Affirmed in part* and *remanded with instructions* by unpublished opinion per Ellington, J., concurred in by Grosse and Cox, JJ.

[No. 64505-6-I.   Division One.   March 26, 2012.]

CORBIS CORPORATION, *Appellant*, v. STEVE A. STONE ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for King County, No. 07-2-03244-4, Susan J. Craighead, J., entered November 23, 2009. *Affirmed in part, reversed in part*, and *remanded* by unpublished opinion per Spearman, J., concurred in by Appelwick and Lau, JJ.

[No. 65769-1-I.   Division One.   March 26, 2012.]

*In the Matter of the Dependency of* K.A.S.

T.S., *Appellant*, v. THE DEPARTMENT OF SOCIAL AND HEALTH SERVICES, *Respondent*.

Appeal from a judgment of the Superior Court for Whatcom County, No. 09-7-00424-7, Martha V. Gross, J. Pro Tem., entered July 6, 2010. *Affirmed* by unpublished opinion per Leach, A.C.J., concurred in by Lau and Spearman, JJ.

[No. 66103-5-I.   Division One.   March 26, 2012.]

*In the Matter of the Trustee's Sale of the Real Property of* THOMAS R. ARRINGTON ET AL.

Appeal from a judgment of the Superior Court for Snohomish County, No. 10-2-06089-6, David A. Kurtz, J., entered September 10, 2010. *Affirmed* by unpublished opinion per Appelwick, J., concurred in by Becker and Cox, JJ.